JUDGE DAVID BRIONES

FILED

2020 NOV 24  PM 12:29

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | SEALED |
| Plaintiff, | § | |
| | § | CRIMINAL NO. EP-20-CR- |
| v. | § | |
| | § | **INDICTMENT** |
| MANUEL ARTURO SALAZAR-SALAZAR, | § | CT 1: 21:846 & 841(a)(1)-Conspiracy to Possess a Controlled Substance with Intent to Distribute; |
| Defendant. | § | CT 2: 21:841(a)(1) & 18:2- Possession with Intent to Distribute a Controlled Substance and Aiding & Abetting |

THE GRAND JURY CHARGES:

**EP20CR2440**

COUNT ONE
(21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(B)(viii))

That beginning on or about August 1, 2020, and to continue through and to include August 17, 2020, in the Western District of Texas, Defendant,

**MANUEL ARTURO SALAZAR-SALAZAR,**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, which offense involved methamphetamine, a Schedule II Controlled Substance, with intent to distribute same, contrary to Title 21, United States Code, Sections 841(a)(1) and the quantity of methamphetamine involved in the conspiracy and attributable to Defendant as a result of Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to Defendant is 50 grams or more of a mixture or substance

containing a detectable amount of methamphetamine, all in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT TWO
(21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) & 18 U.S.C. § 2)

That beginning on or about August 14, 2020, and to continue through and to include August 17, 2020, in the Western District of Texas, Defendant,

**MANUEL ARTURO SALAZAR-SALAZAR,**

knowingly and intentionally possessed with intent to distribute a controlled substance, and aided and abetted the same, which offense involved 50 grams or more of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii) and 18 U.S.C. § 2.

TRUE BILL.

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002
FOREPERSON OF THE GRAND JURY

GREGG N. SOFER
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney