# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 05, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-50280   USA v. Salazar-Salazar
                  USDC No. 3:20-CR-2440-1

The court has granted the motion to supplement or correct the record in this case. The originating court is requested to provide us with a supplemental electronic record one the transcripts of the re-arraignment and sentencing hearings. Counsel is reminded that any citations to these documents must cite to the supplemental electronic record.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Christina A. Gardner, Deputy Clerk
504-310-7684

Mr. Philip Devlin
Mr. Joseph H. Gay Jr.
Mr. Leonard Christopher Morales